**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 12-cr-00204-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CARLOS VILLA-FLORES,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on June 12, 2014, it is

    ORDERED that Defendant Carlos Villa-Flores, is sentenced to TIME SERVED.

    DATED: June 12, 2014

                                    BY THE COURT:

                                    _____
                                    Christine M. Arguello
                                    United States District Judge